# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD.,<br><br>                Plaintiffs,<br>   v.<br><br>ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC.,<br><br>                Defendants. | C.A. No. 1:20-cv-01775-LPS<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd. (collectively, "Celanese") and Defendant Agridient, Inc. ("Agridient"), subject to the approval of the Court, that the time within which Agridient shall answer, move, or otherwise respond to the Complaint is extended through and including February 18, 2021.  Counsel for Celanese communicated with a representative for Agridient and confirmed the substance of the parties' agreement.

Dated: January 19, 2021

**OF COUNSEL:**
Aaron G. Fountain (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
410 Congress Avenue, Suite 2500
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
aaron.fountain@us.dlapiper.com

Aaron Wainscoat (admitted *pro hac vice*)
Susan M. Krumplitsch (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2440
Facsimile: (650) 687-1230
aaron.wainscoat@us.dlapiper.com
susan.krumplitsch@us.dlapiper.com

Ellen A. Scordino (admitted *pro hac vice*)
Kristin M. Beale (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

SO ORDERED this ____ day of January, 2021

_____
United States District Court Judge