IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., <br><br> Defendants. | C.A. No. 20-1775-LPS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT UMC INGREDIENTS, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant UMC Ingredients, LLC, respectfully moves the Court to dismiss the Complaint (D.I. 1), because it fails to state a claim against UMC Ingredients, LLC, upon which relief can be granted. The Defendant requests that the Court enter the attached Order granting this motion.

The grounds for this motion are fully set forth in the Defendant's opening brief, filed concurrently herewith.

Respectfully submitted,

SHAW KELLER LLP

OF COUNSEL:
Paul Grandinetti
LEVY & GRANDINETTI
1120 Connecticut Avenue, N.W., Suite 304
Washington, D.C. 20036
(202) 429-4560
mail@levygrandinetti.com

Dated: January 19, 2020

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
I.M. Pei Building, 12th Floor
1105 North Market
Wilmington, Delaware 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorney for Defendant UMC Ingredients, LLC*