IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., <br><br> Defendants. | C.A. No. 20-1775-LPS |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant UMC Ingredients, LLC, discloses the following:

UMC Ingredients, LLC, is a wholly owned subsidiary of United Mineral and Chemical Corporation.

SHAW KELLER LLP

*/s/ Andrew E. Russell*

| OF COUNSEL: | John W. Shaw (No. 3362) |
|---|---|
| Paul Grandinetti | Andrew E. Russell (No. 5382) |
| LEVY & GRANDINETTI | I.M. Pei Building, 12th Floor |
| 1120 Connecticut Avenue, N.W., Suite 304 | 1105 North Market |
| Washington, D.C. 20036 | Wilmington, Delaware 19801 |
| (202) 429-4560 | (302) 298-0700 |
| mail@levygrandinetti.com | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| Dated: January 19, 2021 | *Attorney for Defendant UMC Ingredients, LLC* |