IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., <br><br> Defendants. | C.A. No. 1:20-cv-01775-LPS <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd. (collectively, "Celanese") and Defendant Prinova US LLC ("Prinova"), subject to the approval of the Court, that the time within which Prinova shall answer, move, or otherwise respond to the Complaint is extended through and including February 18, 2021. The parties hereby stipulate and agree without prejudice to Prinova requesting a further extension to answer or otherwise respond to the complaint.

Dated: January 19, 2021

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

Respectfully submitted,

**BAYARD, P.A.**

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (DE Bar No. 4952)
Ronald P. Golden III (DE Bar No. 6254)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendant Prinova US LLC*

SO ORDERED this ___ day of January, 2021

_____
United States District Court Judge