**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-1775-LPS |
| v. | ) ) | |
| ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

Please enter the appearance of Jonathan A. Choa and Joseph D. Farris of Potter Anderson

& Corroon LLP on behalf of defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC.

POTTER ANDERSON & CORROON LLP

By:  */s/ Jonathan A. Choa*
　　 Jonathan A. Choa (#5319)
　　 Joseph D. Farris (#6657)
　　 Hercules Plaza
　　 P.O. Box 951
　　 Wilmington, DE 19899
　　 (302) 984-6000
　　 jchoa@potteranderson.com
　　 jfarris@potteranderson.com

Dated: January 21, 2021
7011060

*Attorneys for Defendants*
*Anhui Jinhe Industrial Co., Ltd.*
*and Jinhe USA LLC*