### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1775-LPS |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Bryan Nese and Gary M. Hnath of Mayer Brown LLP, 1999 K Street, NW, Washington, DC, 20006-1101 to represent Defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC in this action.

POTTER ANDERSON & CORROON LLP

By: /s/ *Jonathan A. Choa*
Jonathan A. Choa (#5319)
Joseph D. Farris (#6657)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
jchoa@potteranderson.com
jfarris@potteranderson.com

*Attorneys for Defendants*
*Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC*

Dated: January 22, 2021
7010962

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Bryan Nese and Gary M. Hnath is granted.

Date: _____                                                    _____
                                                                                              United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, New Jersey and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date:  January 22, 2021             Signed:   */s/ Bryan Nese*
                                              Bryan Nese, Esq.
                                              MAYER BROWN LLP
                                              1999 K Street, NW
                                              Washington, DC, 20006-1101
                                              Tel: (202) 263-3266
                                              bnese@mayerbrown.com

7010983

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland, Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date:  January 22, 2021          Signed:  */s/ Gary M. Hnath*
                                                         Gary M. Hnath, Esq.
                                                         MAYER BROWN LLP
                                                         1999 K Street, NW
                                                         Washington, DC, 20006-1101
                                                         Tel: (202) 263-3040
                                                         ghnath@mayerbrown.com

7010989