IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD., JINHE USA LLC, UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC, PRINOVA US LLC, AND AGRIDIENT, INC., <br><br> Defendants. | Redacted: Public Version <br><br> C.A. No. 20-1775-LPS |

**STIPULATION AND ORDER DISMISSING ACTION**

Brian A. Biggs (No. 5591)
Erin E. Larson (No. 6616)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
brian.biggs@dlapiper.com
erin.larson@dlapiper.com
*Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawekeller.com
*Attorneys for Defendant Agridient, Inc.*

Dated: June 11, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **Redacted: Public Version** |
| v. | ) ) ) | C.A. No. 20-1775-LPS |
| ANHUI JINHE INDUSTRIAL CO., LTD., JINHE USA LLC, UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC, PRINOVA US LLC, and AGRIDIENT, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

WHEREAS, Plaintiffs filed a complaint in the above-captioned litigation against Agridient, Inc. ("Agridient") on December 28, 2020;

WHEREAS, Plaintiffs filed a First Amended Complaint ("FAC") in this action against Agridient (among others) on April 29, 2021;

WHEREAS, the FAC alleges, among other things, that Agridient has infringed at least one claim of each of U.S. Patent Nos. 10,233,164; 10,590,096; 10,227,316; and 10,590,097 (the "Asserted Celanese Patents") by importing into the United States or offering to sell, selling, or using within the United States, without license or authority, certain acesulfame potassium products manufactured or supplied by, or on behalf of, Anhui Jinhe Industrial Co., Ltd. ("Jinhe Ace-K");

WHEREAS, as set forth in the declaration attached hereto as Exhibit A, Agridient represents that it does not currently import, advertise, market, sell or offer to sell Jinhe Ace-K, and does not intend to import, advertise, market, sell or offer to sell Jinhe Ace-K during the life of the last to expire Asserted Patents;

WHEREAS, Agridient generally denies the allegations against it in the FAC, and asserts that it has not engaged in any infringing activity regarding Jinhe Ace-K or the Asserted Celanese Patents;

Now, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that:

1.  If, during the life of the last to expire Asserted Celanese Patents, and after this stipulation and dismissal without prejudice is entered by the Court, Agridient, its subsidiaries, affiliates, successors, assigns, or agents, knowingly and without permission or license from Celanese (1) import into the United States; (2) sell in the United States, or (3) offer to sell in the United States, any Jinhe Ace-K, or any sweetener product that incorporates Jinhe Ace-K,[1] then Agridient will and hereby does consent to the entry of final judgment that such products infringe the Asserted Celanese Patents, and that at least the Jinhe Ace-K identified in Exhibit P to the FAC (re-attached hereto as Exhibit B) infringes the Asserted Celanese Patents.

2.  Agridient, its subsidiaries, affiliates, successors, assigns, and agents, will be relieved of its obligation to consent to the entry of final judgment under Paragraph 1 of this stipulation for any particular Asserted Celanese Patent, if the Asserted Celanese Patent is found unenforceable or invalid, upon the exhaustion of any appeal.

---

[1] This stipulation excludes finished retail products, such as baked goods, that are manufactured by third parties.

3

3. Based upon the terms of this stipulation, and the representations made in the Agridient declaration attached hereto as Exhibit A, pursuant to Rule 41(a)(1)(A)(ii) Plaintiffs hereby voluntarily dismiss the claims against Agridient in the above-captioned action without prejudice, with each side to bear their own fees and costs.

<table>
<tr><td>

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
brian.biggs@dlapiper.com
erin.larson@dlapiper.com
*Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

</td><td>

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawekeller.com
*Attorney for Defendant Agridient, Inc.*

</td></tr>
</table>

Dated: June 11, 2021

SO ORDERED this _____ day of_____, 2021.

_____
United States District Judge

4

# Exhibit A

# Redacted In Its Entirety

# EXHIBIT B

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (lbs) | Shipper Address | Bill of Lading | Place of Receipt |
|---|---|---|---|---|---|---|---|
| Acesulfame K | Agridient, Inc. | Anhui Jinhe Inductrial Co., Ltd. | 07/05/2018 | 47818 | EAST STREET,LAIAN COUNTY, ANHUI,CHINA | ZIMUSNH3995481 | SHANGHAI (SH) |
| Acesulfame K | Agridient, Inc. | Anhui Jinhe Inductrial Co., Ltd. | 07/18/2018 | 47818 | EAST STREET, LAIAN COUNTY,ANHUI,CHINA | ZIMUSNH3995629 | SHANGHAI (SH) |
| Acesulfame K | Agridient, Inc. | Anhui Jinhe Inductrial Co., Ltd. | 11/17/2018 | 42768 | 127 EAST STREET LAIAN COUNTY ANHUI CHUZHOU AH CHINA TE 5623638 | OOLU4100636910 | SHANGHAI |
| Acesulfame K | Agridient, Inc. | Anhui Jinhe Inductrial Co., Ltd. | 11/17/2018 | 42768 | 127 EAST STREET LAIAN COUNTY ANHUI CHUZHOU AH CHINA TE 5623638 | OOLU4100636920 | SHANGHAI |
| Acesulfame K | Agridient, Inc. | Anhui Jinhe Inductrial Co., Ltd. | 03/10/2019 | 47818 | EAST STREET,LAIAN COUNTY, ANHUI,CHINA | ZIMUSNH5463249 | SHANGHAI (SH) |
| Acesulfame K | Agridient, Inc. | Anhui Jinhe Inductrial Co., Ltd. | 06/10/2019 | 42768 | 127 EAST STREET LAIAN COUNTY ANHUI CHUZHOU AH CHINA TE 5623638 | OOLU4102648320 | SHANGHAI |