

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Brian Biggs
Brian.Biggs@dlapiper.com
T   302.468.5661
F   302.778.7813

June 25, 2021

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

Re:   *Celanese International Corp. et al v. Anhui Jinhe Industrial Co., Ltd. et al,*
         C.A. No. 1:20-cv-01775-LPS

Dear Chief Judge Stark:

Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd. ("Plaintiffs") write to request that the Court enter an Order directing the parties to meet and confer and submit a proposed schedule.

This matter is ripe for entering a schedule.  This action has been pending for almost six months.  Defendants filed motions to dismiss (D.I. 37, 39, 42), which have all been referred to Magistrate Judge Fallon pursuant to 28 U.S.C. § 636 (D.I. 41, 44).  The briefing on all motions is complete, and no party has requested oral argument.  Plaintiffs do not believe the resolution of the motions will be dispositive of all claims, so the parties can propose a schedule and begin discovery while the motions are resolved.

Plaintiffs asked Defendants to hold a Rule 26(f) conference, and Defendants opposed, stating "it would not be practicable" to meet while the motions are pending.

Counsel is available at the Court's convenience should Your Honor have any questions.

WEST\294912852.1



June 25, 2021
Page Two


Respectfully submitted,

/s/ Brian A. Biggs
Brian A. Biggs (DE Bar No. 5591)

*Counsel for Plaintiffs*

cc: All Counsel of Record (via CM/ECF and email)

WEST\294912852.1