

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Jonathan A. Choa
Partner
Attorney at Law
jchoa@potteranderson.com
302 984-6189 Direct Phone

June 28, 2021

**BY CM/ECF**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801-3570

    Re:    *Celanese Int'l Corp. et al., v. Anhui Jinhe Industrial Co., Ltd. et al.,*
             D. Del. C.A. No. 20-01775-LPS

Dear Chief Judge Stark:

    I write on behalf of Defendants in response to Plaintiffs' June 25, 2021 letter requesting an order directing the parties to meet and confer and submit a proposed schedule. D.I. 56. As set forth in Plaintiffs' letter, each Defendant has moved to dismiss the Amended Complaint on substantively similar grounds. If granted, the motions will dispose of this case in its entirety. As such, we respectfully submit that requiring the Court and the parties to proceed with the action before resolution of the motions to dismiss would be an inefficient use of the Court's and the parties' resources, and Plaintiffs' request should be denied.

    Should Your Honor have any questions, counsel is available at the Court's convenience.

                                                   Respectfully,

                                                   */s/ Jonathan A. Choa*

                                                   Jonathan A. Choa

cc:    All Counsel of Record – by CM/ECF and E-Mail