# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-1775-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, prior to 6:00 p.m. on October 12, 2021, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT ANHUI JINHE INDUSTRIAL CO., LTD.'S RESPONSES TO PLAINTIFFS CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD.'S FIRST SET OF INTERROGATORIES TO ANHUI JINHE INDUSTRIAL CO., LTD. (NOS. 1-4) [HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]

DEFENDANT ANHUI JINHE'S RESPONSES TO PLAINTIFFS CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD.'S FIRST SET OF COMMON INTERROGATORIES (NOS. 1-8) [HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]

DEFENDANT JINHE USA LLC'S RESPONSES TO PLAINTIFFS CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD.'S FIRST SET OF INTERROGATORIES TO JINHE USA (NOS. 1-4) [HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]

DEFENDANT JINHE USA'S RESPONSES TO PLAINTIFFS CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD.'S FIRST SET OF COMMON INTERROGATORIES (NOS. 1-8)

DEFENDANTS ANHUI JINHE AND JINHE USA'S RESPONSES TO PLAINTIFFS
CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2
LIMITED, AND CELANESE SALES U.S. LTD.'S FIRST SET OF COMMON
REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-84)

**BY EMAIL**

Brian Biggs
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
brian.biggs@us.dlapiper.com

Aaron Fountain
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701-4653
aaron.fountain@us.dlapiper.com

*Counsel for Plaintiffs*

Susan Krumplitsch
Silicon Valley
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2214
susan.krumplitsch@us.dlapiper.com

Ellen Scordino
Kristin Beale
DLA PIPER LLP (US)
33 Arch Street
26th Floor
Boston, Massachusetts 02110-1447
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com

Erin Larson
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
erin.larson@us.dlapiper.com

*Counsel for Plaintiffs*

Stephen B. Brauerman
Ronald P. Golden III
BAYARD, P.A.
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19801
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

Arthur A. Gasey
VITALE, VICKREY, NIRO, SOLON &
GASEY LLP
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
gasey@vvnlaw.com

*Counsel for Prinova US LLC*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ Jonathan A. Choa* |
| Gary M. Hnath | Jonathan A. Choa (#5319) |
| Bryan Nese | P.O. Box 951 |
| Clark Bakewell | Wilmington, DE 19899 |
| MAYER BROWN LLP | (302) 984-6000 |
| 1999 K Street, NW | jchoa@potteranderson.com |
| Washington, DC 20006 |  |
| (202) 263-3000 | *Attorneys for Defendants Anhui Jinhe Industrial Co., Ltd and Jinhe USA LLC* |

Scott McMurry
Ying-Zi Yang
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500

Nicholas J. Ronaldson
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

Dated:  October 13, 2021
7431648