IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD., <br><br>        Plaintiffs, <br><br>   v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD., JINHE USA LLC, UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC, PRINOVA US LLC, AND AGRIDIENT, INC., <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 20-1775-LPS ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 29, 2021, the following document was served on the persons listed below in the manner indicated:

1) Defendant UMC Ingredients LLC's Joinder in Defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC's Initial Invalidity Contentions.

**BY EMAIL**

Brian A. Biggs
Erin E. Larson
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
(302) 468-5700
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

Susan M. Krumplitsch
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2440
susan.krumplitsch@us.dlapiper.com

Aaron G. Fountain
DLA PIPER LLP (US)
410 Congress Avenue, Suite 2500
Austin, TX 78701
(512) 457-7000
aaron.fountain@us.dlapiper.com

Ellen A. Scordino
Kristin M. Beale
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com

|  |  |
|---|---|
| OF COUNSEL:<br>Paul Grandinetti<br>LEVY & GRANDINETTI<br>1120 Connecticut Avenue, N.W., Suite 304<br>Washington, D.C. 20036<br>(202) 429-4560 | /s/ Andrew E. Russell<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawekeller.com<br>*Attorneys for Defendant UMC Ingredients, LLC* |

Dated: November 29, 2021