IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD., JINHE USA LLC, UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC, PRINOVA US LLC, AND AGRIDIENT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 20-1775-LPS ) ) ) ) ) ) ) ) |

**DEFENDANT UMC INGREDIENTS LLC'S JOINDER IN DEFENDANTS ANHUI JINHE INDUSTRIAL CO., LTD. AND JINHE USA LLC'S <u>OPPOSITION TO PLAINTIFF'S MOTION TO AMEND</u>**

Defendant UMC Ingredients, LLC hereby joins the arguments and request for a stay made by defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC in opposition to Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.'s Motion to Amend, (D.I. 79).

|  |  |
|---|---|
|  | /s/ Andrew E. Russell |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Paul Grandinetti | SHAW KELLER LLP |
| LEVY & GRANDINETTI | I.M. Pei Building |
| 1120 Connecticut Avenue, N.W., Suite 304 | 1105 North Market Street, 12th Floor |
| Washington, D.C. 20036 | Wilmington, DE 19801 |
| (202) 429-4560 | (302) 298-0700 |
|  | jshaw@shawkeller.com |
|  | arussell@shawekeller.com |
|  | *Attorneys for Defendant UMC* |
| Dated: December 10, 2021 | *Ingredients, LLC* |