IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION, CELANESE (MALTA) COMPANY 2 LIMITED, AND CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD., JINHE USA LLC, UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC, PRINOVA US LLC, AND AGRIDIENT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 20-1775-LPS |

## **STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, to the following extensions of deadlines as to UMC Ingredients, Inc.:

| | |
|---|---|
| **Deadline to respond to the amended complaint** | January 26, 2022 |
| **Deadline to respond to the pending discovery requests** | January 28, 2022 |
| **Joinder of parties and amendment of pleadings** | March 11, 2022 |

| | |
|---|---|
| */s/ Brian A. Biggs* | */s/ Andrew E. Russell* |
| Brian A. Biggs (No. 5591) | John W. Shaw (No. 3362) |
| Erin E. Larson (No. 6616) | Andrew E. Russell (No. 5382) |
| DLA PIPER LLP (US) | SHAW KELLER LLP |
| 1201 North Market Street, Suite 2100 | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 468-5700 | Wilmington, DE 19801 |
| brian.biggs@dlapiper.com | (302) 298-0700 |
| erin.larson@dlapiper.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.* | arussell@shawekeller.com |
| | *Attorneys for Defendant UMC Ingredients, LLC* |

Dated: December 23, 2021

SO ORDERED this _____ day of_____, 202_.

_____
United States District Judge