DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

March 18, 2022

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street, Unit 9
Room 6325
Wilmington, DE 19801-3555

Re: *Celanese International Corporation Et. Al. v. Anhui Jinhe Industrial Co. Ltd. Et. Al..*,
C.A. No. 1:20-cv-1775-RGA

Dear Judge Andrews:

Pursuant to the Court's Oral Order dated March 11, 2022 (D.I. 99), Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd. ("Celanese") and Defendants Anhui Jinhe Industrial Co., Ltd.; Jinhe USA LLC; UMC Ingredients, LLC f/k/a JRS International LLC ("UMC"); and Prinova US LLC ("Prinova") (collectively, "Defendants") jointly submit this status report.

This is a patent infringement action involving methods of manufacturing an artificial sweetener called acesulfame potassium, which is also referred to as Ace-K. Celanese filed this action on December 28, 2020 and filed a First Amended Complaint on April 29, 2021 (D.I. 34).[1]

Issues Pending Before the Court

Defendants each filed motions to dismiss the First Amended Complaint, which were referred to Magistrate Judge Fallon. The magistrate judge issued a report and recommendation denying Defendants' Motions to Dismiss on December 10, 2021 (D.I. 81). Defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC submitted objections to the magistrate judge's Report and Recommendation (D.I. 88), which Celanese opposed (D.I. 91). On March 16, 2022, the Court overruled Defendants' objections and adopted the Report and Recommendation (D.I. 100).

UMC filed an Answer to the First Amended Complaint on February 2, 2022 (D.I. 94). Prinova did not object to the magistrate judge's Report and Recommendation and has not answered the First Amended Complaint.

Currently pending before the Court is Celanese's Motion for Leave to Amend its First Amended Complaint (D.I. 79, D.I. 80). Although Defendants originally opposed Celanese's Motion for leave (D.I. 82, D.I. 83) while their motions to dismiss were pending, now that those motions have been fully resolved, Defendants hereby withdraw their opposition to the motion to amend.

---

[1] The Complaint and First Amended Complaint also named Agridient, Inc. as a defendant, but Agridient was dismissed by joint stipulation on June 21, 2021 (D.I. 53).

March 18, 2022
Page 2

The parties have agreed that the due date for Defendants Anhui Jinhe and Jinhe USA to respond to the Second Amended Complaint is March 30, 2022.

Status of the Schedule

Fact discovery is ongoing. The parties have served and responded to discovery requests and the deadline for substantial completion of document production is May 18, 2022. Fact discovery is scheduled to close on August 17, 2022.

The Court has scheduled a *Markman* Hearing for May 23, 2022 (D.I. 60). Celanese has served its opening claim construction brief, and Defendants responsive brief is due March 18, 2022. After reply and surreply briefs are served, the parties' joint brief will be filed with the Court on April 29, 2022.

Other Proceedings

Celanese has also accused Defendants of infringement in ITC Investigation No. 337-TA-1264. The patents in the ITC investigation also claim methods of manufacturing Ace-K but are not in the same patent families as the patents asserted in this case. The ALJ issued an Initial Determination terminating the investigation due to certain asserted claims being invalid based on the on-sale bar and the remaining claims not being practiced by Celanese. Celanese has petitioned the Commission to review that determination. Defendants opposed Celanese's petition for review. The patents asserted in the ITC investigation are also asserted Central District of California Case No. 21-cv-3070, which is stayed pending resolution of the ITC investigation.

Respectfully submitted,

**DLA Piper LLP (US**
/s/ *Brian A. Biggs*
Brian Biggs (DE Bar No. 5591)

*Attorney for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

cc: All Counsel of Record

WEST/297933200