# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br>           Plaintiff, <br>     v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNTIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., <br><br>           Defendants. | C.A. No. 20-1775-RGA <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING LEAVE TO AMEND

At Wilmington this  22  day of  March , 2021, having reviewed plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.'s (collectively, "Celanese" or "Plaintiffs") Motion for Leave to Amend its First Amended Complaint, together with all the papers and arguments submitted in connection with the motion, and having found that amendment is proper under Fed. R. Civ. P. 15;

NOW, THEREFORE, Plaintiffs' motion to amend is GRANTED. Plaintiffs' are granted leave to file its proposed amended complaint forthwith.

SO ORDERED

/s/ Richard G. Andrews
United States District Judge