IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & UMC AGRIDIENT, INC., <br><br> Defendants. | C.A. No. 1:20-01775-RGA <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the Court entered a Scheduling Order on August 2, 2021 (D.I. 60);

WHEREAS, the parties require additional time to complete certain discovery that will not affect any hearings scheduled by the Court or motions due to be filed with the Court.[1]

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiffs and Defendants, subject to the approval of the Court, that the following deadlines are extended as follows:

---

[1] The parties request these extensions without waiving their respective rights to seek a stay of certain aspects of the case (and, as to Anhui Jinhe and Jinhe USA, to maintain their position that a stay is warranted, *see* D.I. 131).

| Event | Original Date | New Date | Extension |
|---|---|---|---|
| Markman Hearing | 7/21/2022 | 7/21/2022 | 0 days |
| Final Infringement Contentions | 8/3/2022 | 8/26/2022 | 23 days |
| Fact Discovery Cutoff | 8/17/2022 | 9/16/2022 | 30 days |
| Final Invalidity Contentions | 8/17/2022 | 9/9/2022 | 23 days |
| Opening Expert Reports | 9/21/2022 | 10/5/2022 | 14 days |
| Rebuttal Expert Reports | 10/19/2022 | 10/28/2022 | 11 days |
| Reply Expert Reports | 11/9/2022 | 11/16/2022 | 7 days |
| Dispositive/Daubert Motions | 12/7/2022 | 12/7/2022 | 0 days |

Dated: July 7, 2022

/s/ Ronald P. Golden III
Stephen B. Brauerman
Ronald P. Golden III
**BAYARD, P.A.**
600 N. King Street
Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Prinova US LLC*

/s/ John W. Shaw
John W. Shaw
Andrew E. Russell
**SHAW KELLER LLP**
I.M. Pei Building, 12th Floor
1105 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant UMC Ingredients, LLC formerly known as JRS International LLC*

/s/ Jonathan A. Choa
Jonathan A. Choa
**POTTER ANDERSON & CORROON LLP**
1313 N. Market St., Hercules Plaza
6th Floor
P.O. Box 951
Wilmington, DE 19899
Telephone: 302-984-6189
jchoa@potteranderson.com

*Attorneys for Defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC*

**DLA PIPER LLP (US)**

/s/ Brian A. Biggs
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

SO ORDERED this _____ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE