IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 20-1775-RGA ) ) ) ) ) ) ) ) |

## ~~PROPOSED~~ ORDER

On this 26th day of July, 2022, having considered Defendants Anhui Jinhe Industrial Co., Ltd. and Jinhe USA LLC's Motion to Stay Proceeding Pending Federal Circuit Appeal (D.I. 131) and its briefing,

IT IS HEREBY ORDERED that the Motion is GRANTED. This case is stayed until resolution of Celanese's appeal of the Commission Decision in ITC Investigation No. 337-TA-1264 to the United States Court of Appeals for the Federal Circuit.

_____
The Honorable Richard G. Andrews