IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD.,<br><br>                    Plaintiffs,<br>          v.<br><br>ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC,<br><br>                    Defendants. | C.A. No. 1:20-01775-RGA<br><br>**JURY TRIAL DEMANDED** |

### JOINT STATUS REPORT

Pursuant to the Court's Order issued March 9, 2023 (D.I. 164), Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 limited, and Celanese Sales U.S. Ltd. (collectively, "Celanese") and Defendants Anhui Jinhe Industrial Co., Ltd., Jinhe USA LLC, UMC Ingredients, LLC, and Prinova US LLC (collectively, "Defendants") jointly submit this Joint Status Report.

The Court's Order issued July 28, 2022 (D.I. 160) stayed this case pending resolution of Celanese's appeal of the Commission Decision in ITC Investigation No. 337-TA-1264 to the United States Court of Appeals for the Federal Circuit. On January 11, 2022, the ALJ in the investigation styled *Certain High-Potency Sweeteners, Processes for Making Same, and Products Containing Same*, U.S.I.T.C. Inv. No. 337-TA-1264 issued an Initial Determination ("ID") finding no violation of section 337 of the Tariff Act of 1930. On April 1, 2022, the Commission issued a notice of determination not to review the ID and terminated the

1

investigation. On May 24, 2022, Plaintiffs appealed the Commission's decision to the Federal Circuit. On June 30, 2022, the Federal Circuit granted Defendants' motion for leave to intervene. Plaintiffs filed their opening appeal brief on October 21, 2022. Appellee ITC filed its response brief on January 27, 2023. Intervenors Anhui Jinhe Industrial Co., Ltd. and Jinhe USA, LLC filed their corrected responsive brief on January 30, 2023. Plaintiffs' reply brief is due on April 18, 2023. Plaintiffs' appeal remains pending at the Federal Circuit.

Dated: March 14, 2023

**OF COUNSEL:**

Aaron G. Fountain (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
701 Brazos Street, Suite 1100
Austin, TX 78701
Telephone: (737) 309-0655
afountain@mofo.com

Susan M. Krumplitsch (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2440
Facsimile: (650) 687-1230
susan.krumplitsch@us.dlapiper.com

Ellen A. Scordino (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
ellen.scordino@us.dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd.*

**OF COUNSEL:**

Gary M. Hnath
Bryan Nese
Clark S. Bakewell
Courtney M. Krawice
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

Scott A. McMurry
Ying-Zi Yang
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2216

**POTTER ANDERSON & CORROON LLP**

*/s/ Jonathan A. Choa*
Jonathan A. Choa (DE Bar No. 5319)
P.O. Box 951
Wilmington, DE 19899
Telephone: (302) 984-6000
jchoa@potteranderson.com

*Attorneys for Defendants Anhui Jinhe Industrial CO., Ltd and Jinhe USA LLC*

| | |
|---|---|
| **OF COUNSEL:**<br><br>Paul Grandinetti<br>LEVY & GRANDINETTI<br>1120 Connecticut Avenue, N.W.<br>Suite 304<br>Washington, D.C. 20036<br>(202) 429-4560 | **SHAW KELLER LLP**<br><br>*/s/ Andrew E. Russell*<br>John W. Shaw (DE Bar No. 3362)<br>Andrew E. Russell (DE Bar No. 5382)<br>I.M. Pei Building<br>1105 N. Market Street, 12th Floor<br>Wilmington, DE 19899<br>Telephone: (302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendant*<br>*UMC Ingredients LLC* |
| **OF COUNSEL:**<br><br>Arthur A. Gasey<br>VITALE, VICKREY, NIRO, SOLON & GASEY LLP<br>311 S. Wacker Drive, Suite 2470<br>Chicago, IL 60606<br>(312) 236-0733 | **BAYARD, P.A.**<br><br>*/s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 N. King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com<br><br>*Attorneys for Defendant Prinova US LLC* |