**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CELANESE INTERNATIONAL CORPORATION; CELANESE (MALTA) COMPANY 2 LIMITED; & CELANESE SALES U.S. LTD., | |
| Plaintiffs, | C.A. No. 1:20-01775-RGA |
| v. | **JURY TRIAL DEMANDED** |
| ANHUI JINHE INDUSTRIAL CO., LTD.; JINHE USA LLC; UMC INGREDIENTS, LLC f/k/a JRS INTERNATIONAL LLC; PRINOVA US LLC; & AGRIDIENT, INC., | |
| Defendants. | |

## PLAINTIFFS' MOTION TO MAINTAIN THE STAY

For the reasons stated in the accompanying opening brief filed currently herewith, Plaintiffs Celanese International Corporation, Celanese (Malta) Company 2 Limited, and Celanese Sales U.S. Ltd. (collectively, "Celanese") hereby move to maintain the stay in this action pending the resolution of Celanese's petition for a writ of certiorari to the Supreme Court, and any merits review by that Court, of the Federal Circuit's opinion and mandate in the co-pending International Trade Commission investigation.

Pursuant to Local Rule 7.1.1, Celanese certifies that it made reasonable efforts to reach agreement with Defendants on this issue, but the Defendants oppose maintaining the stay.

Dated:  November 1, 2024

**OF COUNSEL:**                                              Respectfully submitted,

Aaron G. Fountain (admitted *pro hac vice*)    **DLA PIPER LLP (US)**
**MORRISON & FOERSTER LLP**
701 Brazos Street, Suite 1100                   */s/ Brian A. Biggs*
Austin, TX 78701                                 Brian A. Biggs (DE Bar No. 5591)
Telephone: (737) 309-0655                        Erin E. Larson (DE Bar No. 6616)
afountain@mofo.com                               1201 North Market Street, Suite 2100
                                                 Wilmington, DE 19801-1147
Susan M. Krumplitsch (admitted *pro hac vice*)  Telephone: (302) 468-5700
**DLA PIPER LLP (US)**                           Facsimile: (302) 394-2341
2000 University Avenue                            brian.biggs@us.dlapiper.com
East Palo Alto, CA 94303                          erin.larson@us.dlapiper.com
Telephone: (650) 833-2440
Facsimile: (650) 687-1230                         *Attorneys for Plaintiffs Celanese*
susan.krumplitsch@us.dlapiper.com                *International Corporation, Celanese (Malta)*
                                                 *Company 2 Limited, and Celanese Sales U.S.*
Ellen A. Scordino (admitted *pro hac vice*)      *Ltd.*
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
ellen.scordino@us.dlapiper.com